No. D-420.   IN RE DISBARMENT OF BROWNLOW.   Disbarment entered.   [For earlier order herein, see 466 U. S. 948.]

No. D-429.   IN RE DISBARMENT OF COOPER.   Disbarment entered.   [For earlier order herein, see 466 U. S. 969.]

No. D-440.   IN RE DISBARMENT OF WORK.   It is ordered that Daniel Michael Work, Jr., of Oklahoma City, Okla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-441.   IN RE DISBARMENT OF MUSHKIN.   It is ordered that Morrow D. Mushkin, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-442.   IN RE DISBARMENT OF SWEENEY.   It is ordered that John J. Sweeney, Jr., of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-443.   IN RE DISBARMENT OF DIZAK.   It is ordered that Robert Earl Dizak, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-444.   IN RE DISBARMENT OF SHERR.   It is ordered that William C. Sherr, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-445.   IN RE DISBARMENT OF NICHOLAS.   It is ordered that John G. Nicholas, of Flushing, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-447.   IN RE DISBARMENT OF THORNELL.   It is ordered that Michael Thornell, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable

1224

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 80, Orig.   COLORADO v. NEW MEXICO ET AL., 467 U. S. 310;

No. 82–432.   LOCAL NO. 82, FURNITURE & PIANO MOVING, FURNITURE STORE DRIVERS, HELPERS, WAREHOUSEMEN & PACKERS, ET AL. v. CROWLEY ET AL., 467 U. S. 526;

No. 82–1643.   INTERSTATE COMMERCE COMMISSION ET AL. v. AMERICAN TRUCKING ASSNS., INC., ET AL., 467 U. S. 354;

No. 83–904.   OHIO v. JOHNSON, 467 U. S. 493;

No. 83–1067.   MADDOX v. UNITED STATES, 467 U. S. 1214;

No. 83–1261.   LYDDAN v. UNITED STATES, 467 U. S. 1214;

No. 83–1578.   MERRITT v. GEORGIA, 467 U. S. 1241;

No. 83–1588.   CRAMER v. STATE BAR OF MICHIGAN ET AL., 466 U. S. 974;

No. 83–1614.   GOTTFRIED ET AL. v. UNITED STATES ET AL., 467 U. S. 1252;

No. 83–1731.   COHRAN v. STATE BAR OF GEORGIA, 467 U. S. 1223;

No. 83–1769.   BURCHE v. WALTERS ET AL., 467 U. S. 1242;

No. 83–1806.   MCANLIS v. UNITED STATES ET AL., 467 U. S. 1227;

No. 83–1810.   MILLER v. PORT OF ILWACO ET AL., 467 U. S. 1243;

No. 83–5088.   GILBERT v. SOUTH CAROLINA, 467 U. S. 1220;

No. 83–5092.   GLEATON v. AIKEN, WARDEN, ET AL., 467 U. S. 1220;

No. 83–5148.   HIGH v. KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, 467 U. S. 1220;

No. 83–6090.   BERRYHILL v. FRANCIS, WARDEN, 467 U. S. 1220;

No. 83–6614.   TILLIS v. COOKE ET AL., 467 U. S. 1244;

No. 83–6626.   COLLINS v. WESTERN ELECTRIC CO., INC., 467 U. S. 1254; and

No. 83–6627.   ALERS v. PUERTO RICO ET AL., 467 U. S. 1230. Petitions for rehearing denied.

No. 83–5716.   CORN v. ZANT, WARDEN, 467 U. S. 1220.   Petition for rehearing denied.   JUSTICE POWELL would defer action